**ORIGINAL PLEASE RETURN**

IN THE DISTRICT COURT OF KAY COUNTY
STATE OF OKLAHOMA

CLIFFORD LOCKE and
TAFFY LOCKE,
    Plaintiffs,

vs.

Case No. CJ-2022-77

BRIAN WITT and TARA WITT;
    Defendants.

## SUMMONS

To the above-named Defendant:

Tara Witt
64995 706 Trail
Falls City, NE 68355

You have been sued by the above-named Plaintiffs and you are directed to file a written answer to the attached *Petition* in the Court at the above address within twenty (20) days after the service of this *Summons* upon you, exclusive of the day of service. A copy of your *Answer* must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the *Petition* within the time stated, judgment will be rendered against you with costs of the action.

Issued this 19 day of May, 2022

Marilee Thornton, COURT CLERK

By: *Kim Carlson*
Deputy Court Clerk

(SEAL)

Attorney for Plaintiffs:

Grace K. Yates, OBA #17937
HOLMES AND YATES LAW, PLLC
P.O. Box 750
Ponca City, OK 74602
Telephone: 580/765-6727
Facsimile:  580/765-6757

This summons was served on _____ day of _____, 2022 and you must answer the Motion within twenty (20) days after this date.

_____
(Signature of person serving Summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**