ORIGINAL PLEASE RETURN

Filed in the DISTRICT COURT
Kay County, Oklahoma

JUN 17 2022

MARILEE THORNTON, Court Clerk
BY _____ DEPUTY

IN THE DISTRICT COURT OF KAY COUNTY
STATE OF OKLAHOMA

CLIFFORD LOCKE and )
TAFFY LOCKE, )
    Plaintiffs, )
)
vs. ) Case No. CJ-2022- 77
)
BRIAN WITT and TARA WITT; )
    Defendants. )

## SUMMONS

To the above-named Defendant:    Tara Witt
64995 706 Trail
Falls City, NE 68355

You have been sued by the above-named Plaintiffs and you are directed to file a written answer to the attached *Petition* in the Court at the above address within twenty (20) days after the service of this *Summons* upon you, exclusive of the day of service. A copy of your *Answer* must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the *Petition* within the time stated, judgment will be rendered against you with costs of the action.

Issued this ___19___ day of May, 2022

Marilee Thornton, COURT CLERK

By: _____Kim Carlson_____
Deputy Court Clerk

(SEAL)

Attorney for Plaintiffs:

Grace K. Yates, OBA #17937
HOLMES AND YATES LAW, PLLC
P.O. Box 750
Ponca City, OK 74602
Telephone: 580/765-6727
Facsimile:  580/765-6757

This summons was served on _____ day of _____, 2022 and you must answer the Motion within twenty (20) days after this date.

_____
(Signature of person serving Summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

Client: Holmes, Yates    County of Origin: Kay    Case Number: CJ-2022-77

Clifford Locke
+ Taffy Locke
_____ Plaintiff(s)

vs

Brian Witt
Tara Witt
_____ Defendant(s)

Tara Witt    **PROOF OF SERVICE**

**DOCUMENTS SERVED:** I, being duly sworn, certify that I received the foregoing, to wit:
Summons, Petition

**METHOD OF SERVICE:** And served the same according to law in the following manner, to wit:
**Personal Service**
(X) by delivering a copy of said process personally to Tara Witt
at 65086 706 tr Falls City, NE 68355
Date: 6-6-22    Time: 804C

**Usual Place of Residence**
( ) by leaving a copy of said process for _____ with _____
a resident/family member, fifteen years of age or older at _____
_____ which is his/her usual place of residence.
Date: _____ Time: _____

**Corporation/Partnership, Etc.**
( ) by delivering a true copy of said process to _____
he/she/it, being the service agent, agent in charge, an officer or partner of said entity, to wit: _____
_____ at _____
Date: _____ Time: _____

**Not Found**
( ) Said process was not served on the following named for reasons stated: _____

**Other Information**
( ) _____

Subscribed and sworn to before me this
6 day of June, 2022
_Mychalynn R. Miller_ Aug. 30, 25
Notary Public    Commission Exp.

GENERAL NOTARY - State of Nebraska
MYCHALYNN R. MILLER
My Comm. Exp. August 30, 2023

Undersigned declares under penalty of perjury that
the foregoing is true and correct. 06/06/2022
_Bradly Gray_    ABL# _____
Name of Server    (date)