**ORIGINAL PLEASE RETURN**

IN THE DISTRICT COURT OF KAY COUNTY
STATE OF OKLAHOMA

Filed in the DISTRICT COURT
Kay County, Oklahoma

JUN 17 2022

MARILEE THORNTON, COURT CLERK
BY: Kim Carlson, DEPUTY

| | |
|---|---|
| CLIFFORD LOCKE and TAFFY LOCKE, <br> Plaintiffs, <br><br> vs. <br><br> BRIAN WITT and TARA WITT; <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. CJ-2022-77 <br> ) <br> ) <br> ) |

**SUMMONS**

To the above-named Defendant:    Brian Witt
64995 706 Trail
Falls City, NE 68355

You have been sued by the above-named Plaintiffs and you are directed to file a written answer to the attached *Petition* in the Court at the above address within twenty (20) days after the service of this *Summons* upon you, exclusive of the day of service. A copy of your *Answer* must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the *Petition* within the time stated, judgment will be rendered against you with costs of the action.

Issued this 19 day of May, 2022

Marilee Thornton, COURT CLERK

By: Kim Carlson
Deputy Court Clerk

(SEAL)

Attorney for Plaintiffs:

Grace K. Yates, OBA #17937
HOLMES AND YATES LAW, PLLC
P.O. Box 750
Ponca City, OK 74602
Telephone: 580/765-6727
Facsimile: 580/765-6757

This summons was served on _____ day of _____, 2022 and you must answer the Motion within twenty (20) days after this date.

_____
(Signature of person serving Summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

Client: Holmes, Yates     County of Origin: Kay     Case Number: CJ-2022-77

Clifford Lock
+ Taffy Lock
_____ Plaintiff(s)
vs
Brian Witt +
Tara Witt
_____ Defendant(s)

Brian Witt          **PROOF OF SERVICE**

**DOCUMENTS SERVED:** I, being duly sworn, certify that I received the foregoing, to wit:
Summons, Petition

**METHOD OF SERVICE:** And served the same according to law in the following manner, to wit:
**Personal Service**
(X) by delivering a copy of said process personally to Tara Witt (sub for Brian Witt)
at 65806  706 Trl  Falls City NE  68355
Date: 6-6-22          Time: 2046

**Usual Place of Residence**
(X) by leaving a copy of said process for Brian Witt with Tara Witt
a resident/family member, fifteen years of age or older at 65806  706 Trail  Falls City NE 68355
which is his/her usual place of residence.
Date: 6-6-22          Time: 2046

**Corporation/Partnership, Etc.**
( ) by delivering a true copy of said process to _____
he/she/it, being the service agent, agent in charge, an officer or partner of said entity, to wit: _____
at _____
Date: _____ Time: _____

**Not Found**
( ) Said process was not served on the following named for reasons stated: _____

**Other Information**
( ) _____

Subscribed and sworn to before me this
6 day of June 2022
_____ Aug 30, 23
Notary Public   Commission Exp.

GENERAL NOTARY - State of Nebraska
MYCHALYNN R. MILLER
My Comm. Exp. August 30, 2023

Undersigned declares under penalty of perjury that
the foregoing is true and correct.
_____ 06/06/2022 ABL#
Name of Server        (date)